UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO.09-12327

imX SOLUTIONS, INC.,

    Plaintiff(s),

-V-

RSUI GROUP, INC., ET.AL,

    Defendant(s).
_____/

## PARTIAL ORDER OF DISMISSAL

At a session of said Court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on <u>October 23, 2009.</u>

PRESENT: THE HONORABLE PATRICK J.DUGGAN
UNITED STATES DISTRICT JUDGE

Due notice of an Order to Show Cause why the above case should not be dismissed for failure to serve defendant(s) within 120 days after the filing of the complaint, pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure, has been mailed to counsel of record.   No response  to the Order to Show Cause has been filed;

IT IS HEREBY ORDERED that the above-entitled case be, and hereby is DISMISSED as to defendant WESTCHESTER FIRE INSURANCE CO. only .

                s/Patrick J. Duggan
                Patrick J. Duggan
                United States District Judge

Dated:  October 23, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 23, 2009, by electronic and/or ordinary mail.

                s/Marilyn Orem
                Case Manager