imX SOLUTIONS, INC.,

    Plaintiff,

Case No. 2:09-cv-12327
Hon. Hon. Patrick J. Duggan
Mag. Mona K. Majzoub

vs.

RSUI GROUP, INC., and
WESTCHESTER FIRE INSURANCE
COMPANY,

    Defendants.

---

Lawrence J. Acker, (P 28123)
LAWRENCE J. ACKER, P.C.
Attorney for Plaintiff
44 East Long Lake Road
Bloomfield Hills, Michigan 48304
(248) 594-7277
(24) 594-7280 (facsimile)
ljapc@aol.com

Robert E. Graziani, (P 25547)
Michael O. Fawaz, (P 68793)
HOWARD & HOWARD ATTORNEYS PLLC
Attorneys for Defendant RSUI Group, Inc.
450 West Fourth Street
Royal Oak, Michigan 48067-2557
(248) 645-1483
(248) 645-1568 (facsimile)
reg@h2law.com
mof@h2law.com

---

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

The parties having consented to entry of the following order and the Court being otherwise fully informed upon the premises:

IT IS HEREBY STIPULATED AND ORDERED that this matter shall be and is hereby dismissed with prejudice and without costs, interest or fees to any party.

This Order disposes of all pending claims and closes the case.

                                      s/Patrick J. Duggan
                                      U.S. DISTRICT COURT JUDGE

#1542911-v1

Approved as to Form and Content and for Entry:

| | |
|---|---|
| By: /s/Lawrence J. Acker<br>Lawrence J. Acker, (P 28123)<br>LAWRENCE J. ACKER, P.C.<br>Attorney for Plaintiff<br>44 East Long Lake Road<br>Bloomfield Hills, Michigan 48304<br>(248) 594-7277<br>(24) 594-7280 (facsimile)<br>ljapc@aol.com<br><br>Dated: March 2, 2010 | By: /s/ Robert E. Graziani<br>/s/ Michael O. Fawaz<br>Robert E. Graziani, (P 25547)<br>Michael O. Fawaz, (P 68793)<br>HOWARD & HOWARD ATTORNEYS PLLC<br>Attorneys for Defendant RSUI Group, Inc.<br>450 West Fourth Street<br>Royal Oak, Michigan 48067-2557<br>(248) 645-1483<br>(248) 645-1568 (facsimile)<br>reg@h2law.com<br>mof@h2law.com<br><br>Dated: March 2, 2010 |